UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RYAN BOES,

        Petitioner,　　　　　　　　Case No. 1:18-cv-1187

v.　　　　　　　　　　　　　　　　Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:　February 7, 2019　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　United States District Judge