UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RYAN BOES,

        Petitioner,                Case No. 1:18-cv-1187

v.                                      Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:  February 7, 2019                    /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge